NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SERGIO CARMONA-MARTINEZ,          )
                                  )
          Appellant,              )
                                  )
v.                                )          Case No. 2D17-4628
                                  )
STATE OF FLORIDA,                 )
                                  )
          Appellee.               )
_____  )

Opinion filed July 12, 2019.

Appeal from the Circuit Court for
Manatee County; Hunter W. Carroll,
Judge.

Howard L. Dimmig, II, Public Defender,
and Kevin Briggs, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Katherine Coombs
Cline, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.

          Affirmed.


LaROSE, NORTHCUTT, and SMITH, JJ., Concur.